DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT LEE SMITH, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0201

[October 30, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole P. Menz, Judge; L.T. Case No. 312023MM001595A.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY and FORST, JJ., concur.
ARTAU, J., dissents.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***